**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*Jonathan S. Garelick*
*Assistant United States Attorney*
*402 East State Street, Room 430*
*Trenton, New Jersey 08608*
*(609) 858-0307*

September 16, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Attention: Antigone Owens-Krefski, Deputy Clerk

Re: *United States v. Paul Beers*

Dear Ms. Owens-Krefski:

Enclosed for assignment is an Information charging defendant Paul Beers with wire fraud, in violation of Title 18, United States Code, Section 1343. The Information and cover sheet are enclosed.

Very truly yours,

ROBERT FRAZER
United States Attorney

Jonathan S. Garelick
Assistant U.S. Attorney